IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18CR68-2 |
| | ) | |
| JEAN JESUS RODRIGUEZ-SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 8, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 79, 80.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's paper-filing, (Doc. 77), is **STRICKEN** as frivolous and that the Order of Garnishment, (Doc. 75), is **AFFIRMED**.

This the 1st day of May, 2019.

_____
United States District Judge